**Marlon GOODWIN, Plaintiff–Appellant,**

v.

**Billy BARNES, Head Sheriff for Guilford County; Kim Carter, Jailer; Sergeant Wood, Jailer, Defendants–Appellees,**

**and**

**Brian Beasley, Assistant District Attorney; Robin Worth, N.C. Doc; Captain Reid; Booking Officer John Doe; Dee Everette, Nurse, Defendants.**

**No. 14–7003.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Marlon Goodwin, Appellant Pro Se. William L. Hill, James Demarest Secor, III, Frazier Hill & Fury, RLLP, Greensboro, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Goodwin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goodwin v. Barnes*, No. 1:09–cv–00151–NCT–LPA (M.D.N.C. Mar. 11, 2013). We grant Goodwin's motion to be heard on the full record before the district court and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*